COMMUNITY COUNCIL FOR MENTAL
4900 WYALUSING AVE
PHILADELPHIA PA 19131

ORG1: 130 WELLNESS CLINIC
EE ID: 174558    DD

ANGELA MEBANE
881 N 40TH ST APT. 502
PHILADELPHIA PA  19104

NON-NEGOTIABLE

PNC BANK, NA
PAYABLE IF DESIRED AT:
ALL PNC BANK, NA BANKS

## PERSONAL AND CHECK INFORMATION
Angela Mebane
881 N 40th St Apt. 502
Philadelphia, PA  19104
Employee ID: ▓▓▓▓

Home Department: 130 WELLNESS CLINIC

Pay Period: 05/26/25 to 06/08/25
Check Date: 06/13/25   Check #: 126772

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 458 | 267.92 | 2312.72 |
| NET PAY | 267.92 | 2312.72 |

### EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly Earnings | 9.5000 | 33.0000 | 313.50 | 77.5000 | 2557.50 |
| | Retro Regular | | | | 4.5000 | 148.50 |
| | Total Hours | 9.5000 | | | 82.0000 | |
| | Total Hrs Worked | 9.5000 | | | | |
| | Gross Earnings | | | 313.50 | | 2706.00 |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 19.43 | 167.77 |
| Medicare | | 4.55 | 39.24 |
| PA Income Tax | | 9.62 | 83.08 |
| PA Unemploy | | 0.22 | 1.70 |
| PA PHILA-Phi Inc | | 11.76 | 101.49 |
| TOTAL | | 45.58 | 393.28 |

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| NET PAY | 267.92 | 2312.72 |

Payrolls by Paychex, Inc.
0940 Y426-A279  COMMUNITY COUNCIL FOR MENTAL • 4900 WYALUSING AVE • PHILADELPHIA PA  19131 • (215) 473-7033

COMMUNITY COUNCIL FOR MENTAL
4900 WYALUSING AVE
PHILADELPHIA PA 19131

ORG1: WELLNESS LINIC
EE ID: 174558    DD

ANGELA MEBANE
881 N 40TH ST APT. 502
PHILADELPHIA PA 19104

NON-NEGOTIABLE

PNC BANK, NA
PAYABLE IF DESIRED AT:
ALL PNC BANK, NA BANKS

### PERSONAL AND CHECK INFORMATION
Angela Mebane
881 N 40th St Apt. 502
Philadelphia, PA 19104
Employee ID: ▇▇▇8

Home Department: 130 WELLNESS CLINIC

Pay Period: 05/12/25 to 05/25/25
Check Date: 05/30/25   Check #: 126585

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 458 | 303.17 | 2044.80 |
| NET PAY | 303.17 | 2044.80 |

### EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly Earnings | 10.7500 | 33.0000 | 354.75 | 68.0000 | 2244.00 |
| | Retro Regular | | | | 4.5000 | 148.50 |
| | Total Hours | 10.7500 | | | 72.5000 | |
| | Total Hrs Worked | 10.7500 | | | | |
| | Gross Earnings | | | 354.75 | | 2392.50 |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 22.00 | 148.34 |
| Medicare | | 5.14 | 34.69 |
| PA Income Tax | | 10.89 | 73.46 |
| PA Unemploy | | 0.25 | 1.48 |
| PA PHILA-Phi Inc | | 13.30 | 89.73 |
| TOTAL | | 51.58 | 347.70 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 303.17 | 2044.80 |

Payrolls by Paychex, Inc.
0940 Y426-A279 COMMUNITY COUNCIL FOR MENTAL • 4900 WYALUSING AVE • PHILADELPHIA PA 19131 • (215) 473-7033

COMMUNITY COUNCIL OF MENTAL
4900 WYALUSING AVE
PHILADELPHIA PA 19131

ORG1 130 WELLNESS CLINIC
EE ID: 174558    DD

NON-NEGOTIABLE

ANGELA MEBANE
881 N 40TH ST APT. 502
PHILADELPHIA PA 19104

PNC BANK, NA
PAYABLE IF DESIRED AT:
ALL PNC BANK, NA BANKS

**PERSONAL AND CHECK INFORMATION**
Angela Mebane
881 N 40th St Apt. 502
Philadelphia, PA 19104
Employee ID: ▇▇▇

Home Department: 130 WELLNESS CLINIC

Pay Period: 04/28/25 to 05/11/25
Check Date: 05/16/25    Check #: 126405

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 458 | 282.04 | 1741.63 |
| NET PAY | 282.04 | 1741.63 |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly Earnings | 10.0000 | 33.0000 | 330.00 | 57.2500 | 1889.25 |
| | Retro Regular | | | | 4.5000 | 148.50 |
| | Total Hours | 10.0000 | | | 61.7500 | |
| | Total Hrs Worked | 10.0000 | | | | |
| | Gross Earnings | | | 330.00 | | 2037.75 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 20.46 | 126.34 |
| Medicare | | 4.79 | 29.55 |
| PA Income Tax | | 10.13 | 62.57 |
| PA Unemploy | | 0.20 | 1.23 |
| PA PHILA-Phi Inc | | 12.38 | 76.43 |
| TOTAL | | 47.96 | 296.12 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 282.04 | 1741.63 |

Payrolls by Paychex, Inc.
0940 Y426-A279  COMMUNITY COUNCIL FOR MENTAL • 4900 WYALUSING AVE • PHILADELPHIA PA 19131 • (215) 473-7033

COMMUNITY COUNCIL FOR MENTAL
4900 WYALUSING AVE
PHILADELPHIA PA 19131

ORG130 WELLNESS
LINIC
EE ID: 174558    DD

ANGELA MEBANE
881 N 40TH ST APT. 502
PHILADELPHIA PA 19104

NON-NEGOTIABLE

PNC BANK, NA
PAYABLE IF DESIRED AT:
ALL PNC BANK, NA BANKS

**PERSONAL AND CHECK INFORMATION**
Angela Mebane
881 N 40th St Apt. 502
Philadelphia, PA 19104
Employee ID:

Home Department: 130 WELLNESS CLINIC

Pay Period: 04/14/25 to 04/27/25
Check Date: 05/02/25    Check #: 126225

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 458 | 211.54 | 1459.59 |
| NET PAY | 211.54 | 1459.59 |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly Earnings | 7.5000 | 33.0000 | 247.50 | 47.2500 | 1559.25 |
| | Retro Regular | | | | 4.5000 | 148.50 |
| | Total Hours | 7.5000 | | | 51.7500 | |
| | Total Hrs Worked | 7.5000 | | | | |
| | Gross Earnings | | | 247.50 | | 1707.75 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 15.34 | 105.88 |
| Medicare | | 3.59 | 24.76 |
| PA Income Tax | | 7.60 | 52.44 |
| PA Unemploy | | 0.15 | 1.03 |
| PA PHILA-Phi Inc | | 9.28 | 64.05 |
| TOTAL | | 35.96 | 248.16 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 211.54 | 1459.59 |

Payrolls by Paychex, Inc.
0940 Y426-A279    COMMUNITY COUNCIL FOR MENTAL • 4900 WYALUSING AVE • PHILADELPHIA PA 19131 • (215) 473-7033

COMMUNITY COUNCIL FOR MENTAL
4900 WYALUSING AVE
PHILADELPHIA PA 19131

ORG1: 130 WELLNESS
LINIC
EE ID: 174558    DD

ANGELA MEBANE
881 N 40TH ST APT. 502
PHILADELPHIA PA 19104

NON-NEGOTIABLE

PNC BANK, NA
PAYABLE IF DESIRED AT:
ALL PNC BANK, NA BANKS

### PERSONAL AND CHECK INFORMATION
Angela Mebane
881 N 40th St Apt. 502
Philadelphia, PA 19104
Employee ID: [redacted]

Home Department: 130 WELLNESS CLINIC

Pay Period: 03/31/25 to 04/13/25
Check Date: 04/18/25    Check #: 126033

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 458 | 98.71 | 1248.05 |
| NET PAY | 98.71 | 1248.05 |

### EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly Earnings | 3.5000 | 33.0000 | 115.50 | 39.7500 | 1311.75 |
| | Retro Regular | | | | 4.5000 | 148.50 |
| | Total Hours | 3.5000 | | | 44.2500 | |
| | Total Hrs Worked | 3.5000 | | | | |
| | Gross Earnings | | | 115.50 | | 1460.25 |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 7.17 | 90.54 |
| Medicare | | 1.67 | 21.17 |
| PA Income Tax | | 3.55 | 44.84 |
| PA Unemploy | | 0.07 | 0.88 |
| PA PHILA-Phi Inc | | 4.33 | 54.77 |
| TOTAL | | 16.79 | 212.20 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 98.71 | 1248.05 |

Payrolls by Paychex, Inc
0940 Y426-A279  COMMUNITY COUNCIL FOR MENTAL • 4900 WYALUSING AVE • PHILADELPHIA PA 19131 • (215) 473-7033